**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
cbdodrill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Attorneys for Defendant
**SELECT PORTFOLIO SERVICING, INC.**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELODY ROGERS (Re: 7233 Buglehorn Street), <br><br> Plaintiff, <br> v. <br><br> THE MORTGAGE STORE INC., a Foreign Corporation; ERIN MAST, Individually; IMPERIAL LENDING LLC, a Foreign Limited Liability Company; SPS HOLDING CORPORATION d/b/a/ SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation, ROE Rating Company; DOES 1-100, inclusive; ROE CORPORATIONS 1-100 inclusive <br><br> Defendants. | Case No.  2:10-cv-01478-RLH-RJJ <br><br> **STIPULATION AND ORDER TO DISMISS** |

## STIPULATION TO DISMISS

The parties, by and through their respective counsel of record, hereby stipulate to dismiss this matter with prejudice as to Defendant, SELECT PORTFOLIO SERVICING, INC.  Each party will bear their own costs and attorney's fees.

Further, all pending motions are hereby vacated.

///

///

1
STIPULATION AND ORDER OF DISMISSAL

1   IT IS FURTHER STIPULATED, that Plaintiff does hereby voluntarily dismiss without prejudice, all other named Defendants in this matter.

| WOLFE & WYMAN LLP | HALL, JAFFE & CLAYTON, LLP |
|---|---|
| By:/s/ *Colt B. Dodrill*<br>Colt B. Dodrill, Esq.<br>Nevada Bar No. 9000<br>980 Kelly Johnson Drive, Suite 140<br>Las Vegas, NV 89119 | By:/s/ *Jacob Smith*<br>Jacob Smith, Esq.<br>Nevada Bar No. 10231<br>7455 W. Washington Ave., Ste 460<br>Las Vegas, NV 89128 |
| Attorneys for Defendant,<br>SELECT PORTFOLIO SERVICING, INC. | Attorneys for Plaintiff,<br>MELODY ROGERS |
| Dated:  September 29, 2010 | Dated:  September 29, 2010 |

V:\Select Portfolio Servicing (1442)\036 (Rogers)\Pleadings\Stipulation to Dismiss SPS.doc

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Complaint is dismissed with prejudice as to SELECT PORTFOLIO SERVICING, INC., with each party to bear its own costs.

2. All pending motions are vacated.

3. That the Complaint is dismissed without prejudice as to all other named Defendants.

IT IS SO ORDERED on this 8th day of October, 2010.

By: /s/ Roger L. Hunt
U.S. DISTRICT JUDGE

Respectfully submitted,

WOLFE & WYMAN LLP

By: /s/ Colt B. Dodrill
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

V:\First Franklin (1420.003)\376 (Hill)\Pleadings\Stipulation to Dismiss Wilshire.doc

**CERTIFICATE OF SERVICE**

On October 1, 2010 I served the **STIPULATION AND ORDER** by the following means to the persons as listed below:

  X   a.    EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

G. Dallas Horton    gdallashorton@lvcm.com, csmith@gdallashorton.com, jdomanski@gdallashorton.com, kshears@gdallashorton.com, mfries@gdallashorton.com, mhall@gdallashorton.com, thansen@gdallashorton.com

Mark L Jackson    mjackson@vannah.net

Michael R. Hall    mhall@lawhjc.com, bcline@lawhjc.com, jlyddon@lawhjc.com, jphillips@lawhjc.com, jsmith@lawhjc.com

Robert D. Vannah    rvannah@vannahlaw.com, dridenhour@vannahlaw.com, jgreene@vannahlaw.com, mjackson@vannahlaw.com, rcram@vannahlaw.com, tvlile@vannahlaw.com

Steven T Jaffe    sjaffe@lawhjc.com, asurur@lawhjc.com, obivens@lawhjc.com, zbitz@lawhjc.com

     b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:    /s/ *Katia Ioffe*
        Katia Ioffe
        An employee of Wolfe & Wyman LLP